IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

MARK S. NEUMAN,

    Plaintiff,

v.                            CIVIL ACTION NO. 1:22-00280

MERCER COUNTY, WEST VIRGINIA
PROSECUTING ATTORNEY'S OFFICE,

    Defendant.

### MEMORANDUM OPINION AND ORDER

On October 6, 2022, the court received a letter from plaintiff, Mark S. Neuman, advising the court of the death of his counsel, Dana Paul McDermott.  <u>See</u> ECF No. 6.[*]  In that letter, Neuman advises the court that he intends to find new counsel to represent him in this matter.  Mr. Neuman shall have thirty days from entry of this order to obtain new counsel to represent him in this matter or to indicate to the court whether he wishes to proceed pro se.

The Clerk is directed to send a copy of this Order to counsel of record.  The Clerk should also send a copy to Mr. Neuman at the address found at ECF No. 6, via certified mail, return receipt requested.

**IT IS SO ORDERED** this 18th day of October, 2022.

                                    ENTER:  *David A. Faber*
                                            David A. Faber
                                            Senior United States District Judge

---

[*] The court has thus far been unable to independently verify Mr. McDermott's death.